Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Proposed Attorneys for Debtor*
Orlando F. Cabanday, Jr.,

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-bk-10037-NB |
| | Chapter 11 |
| ORLANDO F. CABANDAY, JR., | **PROOF OF SERVICE OF:** |
| Debtor and Debtor-in-Possession. | **PROCEDURES ORDER** |
| | **[DOCKET NO. 8]** |
| | Date: February 6, 2024<br>Time: 1:00 p.m.<br>Place: Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

///
///
///
///
///
///
///

**RHM LAW LLP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
 PROCEDURES ORDER _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/08/2024____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/08/2024____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

To Debtor via email

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/08/2024 | Max Bonilla | /s/ Max Bonilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]</u>**:

- <u>Counsel for U.S. Trustee:</u> **Dare Law**    dare.law@usdoj.gov
- <u>Counsel for Debtor</u>: **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- <u>Counsel for Debtor</u>: **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- Mark M Sharf (TR) mark@sharflaw.com

**2. <u>SERVED BY UNITED STATES MAIL [CONTINUED]</u>**:

*SECURED CREDITORS*

Central Loan Admin & Reporting
Attn: Bankruptcy
194 Wood Ave South. Ninth Floor
Iselin, NJ 08830

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

PHH Mortgage
Po Box 5452
Mt Laurel, NJ 08054

Howard Grobstein
Assignee of Kody Branch
9363 Magnolia Ave.
Riverside, CA 92503

Howard Grobstein, Assignee of Kody Branch
c/o Joyce Ma, Esq.
L&F Brown, P.C.
6430 Sunset Blvd, Suite 505
Los Angeles, CA 90028

Kody Branch of Calif. Inc. et al
c/o Philip Kaufler, Esq.
Law Offices of Philip Kaufler
8383 Wilshire Blvd, Ste. 830
Beverly Hills, CA 90211

*ALL REMAINING CREDITORS AND PARTIES IN INTEREST:*

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

California Department of Tax & Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279

Internal Revenue Service

P.O. Box 7346
Philadelphia, PA 19101-7346

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Torrance Office Center
21221 S. Western Avenue
Torrance, CA 90501