| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>Matthew D. Resnik (Bar No. 182562)<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>roksana@RHMFirm.com<br>matt@RHMFirm.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 08 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>Orlando F. Cabanday, Jr.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:24-bk-10037-NB<br>CHAPTER: 11<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*): Howard B. Grobstein, Plan Trustee for the Plan Trust of Catherine Trinh

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).
   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 1    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3.  ☒ Motion granted as set forth in the **Attachment** to this order.

4.  ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a.  ☐ Insufficient notice
    b.  ☐ Insufficient evidence of the exempt status of the property in question
    c.  ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d.  ☐ Insufficient evidence of fair market value.
    e.  ☐ Motion is incomplete.
    f.  ☐ Other (*specify*):

5.  ☐ The court further orders as follows (*specify*):

    ☐ See attached page

                                        ###

Date: May 8, 2024

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                  Page 2                         F 4003-2.1.AVOID.LIEN.RP.ORDER

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Howard B. Grobstein, Plan Trustee for the Plan Trust of Catherine Trinh.

2. **Subject Lien:** Date (*specify*): 11/30/2020 and place (*specify*): Los Angeles County of recordation of lien; Recorder's instrument number or document recording number: 20201534523.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: 2889 Plaza Del Amo, Unit 705, Torrance, CA 90503. ☒ See attached page.

4. **Secured Claim Amount**
    a. Value of Collateral: …………………………………………………………………… $1,175,000
    b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1) First lien: ……………………………………………… ($317,768.27)
        (2) Second lien: …………………………………………… ($115,935.05)
        (3) Third lien: …………………………………………… ($_____)
        (4) Additional senior liens (*attach list*): ………………… ($_____)
    c. Amount of Debtor's exemption(s): …………………………… ($678,391)
    d. Subtotal: …………………………………………………………………………………. ($1,112,094.32)
    e. Secured Claim Amount (negative results should be listed as -$0-):    $ 62,905.68

    Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                      Page 3                                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

# Property Detail Report

**For Property Located At:**
2889 PLAZA DEL AMO 705, TORRANCE, CA 90503-7378


CoreLogic RealQuest Professional

### Owner Information
| | |
|---|---|
| Owner Name: | CABANDAY ORLANDO |
| Mailing Address: | 2889 PLAZA DEL AMO #705, TORRANCE CA 90503-7378 C046 |
| Vesting Codes: | MM / / SE |

### Location Information
| | | | |
|---|---|---|---|
| Legal Description: | TR=53064 LOT 23 | | |
| County: | LOS ANGELES, CA | APN: | 7359-041-023 |
| Census Tract / Block: | 6508.01 / 1 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | 53064 |
| Legal Book/Page: | 1262-36 | Map Reference: | / |
| Legal Lot: | 23 | Tract #: | 53064 |
| Legal Block: | | School District: | TORRANCE |
| Market Area: | 126 | School District Name: | TORRANCE |
| Neighbor Code: | | Munic/Township: | TORRANCE |

### Owner Transfer Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

### Last Market Sale Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 06/25/2003 / 06/20/2003 | 1st Mtg Amount/Type: | $480,000 / CONV |
| Sale Price: | $601,000 | 1st Mtg Int. Rate/Type: | 4.25 / ADJ |
| Sale Type: | UNKNOWN | 1st Mtg Document #: | 1812846 |
| Document #: | 1812845 | 2nd Mtg Amount/Type: | $60,000 / CONV |
| Deed Type: | CORPORATION GRANT DEED | 2nd Mtg Int. Rate/Type: | / ADJ |
| Transfer Document #: | | Price Per SqFt: | $300.50 |
| New Construction: | Y | Multi/Split Sale: | |
| Title Company: | COMMERCE TITLE CO. | | |
| Lender: | CHASE MANHATTAN MTG | | |
| Seller Name: | CENTEX HOMES | | |

### Prior Sale Information
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | / | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | | | |

### Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | | Parking Type: | | Construction: | |
| Living Area: | 2,000 | Garage Area: | | Heat Type: | CENTRAL |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | | Basement Area: | | Patio Type: | |
| Bedrooms: | 4 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 3 / | Basement Type: | | Air Cond: | CENTRAL |
| Year Built / Eff: | 2003 / 2003 | Roof Type: | | Style: | |
| Fireplace: | / | Foundation: | | Quality: | |
| # of Stories: | | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

### Site Information
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | TOPR-MD | Acres: | 0.05 | County Use: | RESID-PLANNED (010D) |
| Lot Area: | 2,120 | Lot Width/Depth: | x | State Use: | |
| Land Use: | PUD | Res/Comm Units: | 1 / | Water Type: | |
| Site Influence: | | | | Sewer Type: | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 4    F 4003-2.1.AVOID.LIEN.RP.ORDER