**Fill in this information to identify the case:**

Debtor Name  Orlando F. Cabanday, Jr.

United States Bankruptcy Court for the: Central District of California

Case number: 2:24-bk-10037-NB

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          April 2024

Date report filed:  05/21/2024
MM / DD / YYYY

Line of business:  Legal Services

NAISC code:  541110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Orlando F. Cabanday, Jr.

Original signature of responsible party  _____

Printed name of responsible party          Orlando F. Cabanday, Jr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Orlando F. Cabanday, Jr. | Case number | 2:24-bk-10037-NB |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 173,188.00

\* 20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.
*\*$16,662.40 in receipts is not my money.  Actual receipts were $12,388.99.*

$ 29,051.39

\*\* 21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.
*\*\*$40,962.50 in disbursements was not my money.  Actual disbursements were $44,430.15.*

– $ 85,392.65

\*\*\* 22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.
*\*\*\*Actual net cash flow was $32,041.16.*

+ $ -56,341.26

\*\*\*\* 23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.
*\*\*\*\*$70,238.95 is not my money.  They are client funds held in the Client Trust account.  Actual cash on hand is $46,607.79.*

= $ 116,846.74

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name  Orlando F. Cabanday, Jr.

Case number  2:24-bk-10037-NB

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                 _____ 0

27. What is the number of employees as of the date of this monthly report?                    _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 460.00

30. How much have you paid this month in other professional fees?                             $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?            $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,800.00 | − | $ 29,051.39 | = | $ -16,251.39 |
| 33. **Cash disbursements** | $ 11,469.00 | − | $ 85,392.65 | = | $ -73,923.65 |
| 34. **Net cash flow** | $ 1,331.00 | − | $ -56,341.26 | = | $ 57,672.26 |

35. Total projected cash receipts for the next month:                     $ 12,800.00

36. Total projected cash disbursements for the next month:              - $ 11,469.00

37. Total projected net cash flow for the next month:                    = $ 1,331.00

Debtor Name  Orlando F. Cabanday, Jr.

Case number  2:24-bk-10037-NB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# EXHIBIT A

N/A.  All questions were answered yes except for the questions checked N/A.

# EXHIBIT B

N/A.  All questions were answered no.

**EXHIBIT C**

**Orlando F. Cabanday, Jr.**

### April 2024

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| **Apr 24** | | | | | | |
| 04/02/2024 | DEP | Client | General DIP - 8843 | √ | Legal Fee Income | 9,098.00 |
| 04/04/2024 | DEP | Client | General DIP - 8843 | √ | Legal Fee Income | 996.00 |
| 04/08/2024 | DEP | Macy's | General DIP - 8843 | √ | Refund | 219.99 |
| *04/18/2024 | DEP | Client | Client Trust DIP - 8819 | √ | Settlement Income Held In Trust | 11,662.40 |
| 04/18/2024 | DEP | Client | General DIP - 8843 | √ | Legal Fee Income | 2,075.00 |
| *04/26/2024 | DEP | Client | Client Trust DIP - 8819 | √ | Settlement Income Held In Trust | 5,000.00 |
| **Apr 24** | | | | | | 29,051.39 |

*$16,662.40 is not my money.  They are settlement funds held for clients.  Actual deposits were $12,388.99.

# EXHIBIT D

Orlando F. Cabanday, Jr.

**April 2024**

| Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| Apr 24 | | | | | | |
| 04/01/2024 | EFT | City of Redondo Beach | General DIP - 8843 | √ | Parking Fee | -5.75 |
| 04/01/2024 | EFT | Yellow Vase | General DIP - 8843 | √ | Dining | -9.83 |
| 04/01/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -10.49 |
| 04/01/2024 | EFT | Netflix | General DIP - 8843 | √ | Dues and Subscriptions | -15.49 |
| 04/01/2024 | EFT | Einstein Bagel | General DIP - 8843 | √ | Dining | -17.56 |
| 04/01/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -34.49 |
| 04/01/2024 | EFT | Macy's | General DIP - 8843 | √ | Clothing | -219.99 |
| 04/01/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -7.99 |
| 04/01/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -9.99 |
| 04/01/2024 | EFT | Tentative Rulings | General DIP - 8843 | √ | Dues and Subscriptions | -25.00 |
| 04/01/2024 | CASH | Orlando Cabanday | General DIP - 8843 | √ | Pocket Money | -104.00 |
| 04/02/2024 | EFT | USPS | General DIP - 8843 | √ | Postage and Delivery | -13.60 |
| 04/02/2024 | EFT | Ralph's | General DIP - 8843 | √ | Groceries | -47.15 |
| 04/02/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -10.49 |
| 04/02/2024 | EFT | Jack In The Box | General DIP - 8843 | √ | Dining | -20.20 |
| 04/02/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -80.80 |
| 04/02/2024 | EFT | JAMS Inc | General DIP - 8843 | √ | Mediation Services | -411.96 |
| 04/02/2024 | EFT | Hook & Plow | General DIP - 8843 | √ | Dining | -591.47 |
| 04/02/2024 | EFT | Bank of America | General DIP - 8843 | √ | Bank Service Charges | -2.50 |
| 04/02/2024 | EFT | Intuit | General DIP - 8843 | √ | Merchant Account Fees | -272.03 |
| 04/02/2024 | EFT | Google | General DIP - 8843 | √ | Advertising and Promotion | -201.60 |
| 04/03/2024 | EFT | So CA Edison | General DIP - 8843 | √ | Utilities | -260.28 |
| 04/03/2024 | EFT | So CA Gas | General DIP - 8843 | √ | Utilities | -249.21 |
| 04/04/2024 | EFT | Amazon.com | General DIP - 8843 | √ | Household Supplies | -44.87 |
| 04/04/2024 | EFT | Bristol Farms | General DIP - 8843 | √ | Groceries | -66.38 |
| 04/04/2024 | EFT | Prime Video | General DIP - 8843 | √ | Dues and Subscriptions | -5.99 |
| 04/04/2024 | EFT | Japonica | General DIP - 8843 | √ | Dining | -150.94 |
| 04/04/2024 | EFT | AAA | General DIP - 8843 | √ | Dues and Subscriptions | -181.50 |
| 04/04/2024 | EFT | Macy's | General DIP - 8843 | √ | Clothing | -274.99 |
| 04/04/2024 | EFT | Intuit | General DIP - 8843 | √ | Merchant Account Fees | -29.78 |
| 04/04/2024 | EFT | PHH Mortgage | General DIP - 8843 | √ | Mortgage | -12,000.00 |
| 04/05/2024 | 186 | LA Tax Collector | General DIP - 8843 | √ | Property Taxes | -66.00 |
| 04/05/2024 | EFT | John's Service Center | General DIP - 8843 | √ | Auto | -125.00 |
| 04/05/2024 | EFT | The Joint Seafood | General DIP - 8843 | √ | Dining | -52.80 |
| 04/05/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -8.99 |
| 04/05/2024 | EFT | Case Text | General DIP - 8843 | √ | Software | -512.35 |
| 04/08/2024 | EFT | Southbay Euro Car | General DIP - 8843 | √ | Auto | -1,480.19 |
| 04/08/2024 | EFT | LA DOT - Parking | General DIP - 8843 | √ | Parking Fee | -2.00 |
| 04/08/2024 | EFT | UCLA - Parking | General DIP - 8843 | √ | Parking Fee | -3.00 |
| 04/08/2024 | EFT | Uber | General DIP - 8843 | √ | Ride Share | -10.93 |
| 04/08/2024 | EFT | McDonald's | General DIP - 8843 | √ | Dining | -15.15 |
| 04/08/2024 | EFT | Law Depot | General DIP - 8843 | √ | Software | -35.00 |
| 04/08/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -76.02 |
| 04/08/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -125.00 |
| 04/08/2024 | EFT | Intuit | General DIP - 8843 | √ | Software | -90.00 |

**EXHIBIT D**

**Orlando F. Cabanday, Jr.**

### April 2024

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| 04/08/2024 | EFT | Marceli | General DIP - 8843 | √ | Personal Care | -16.40 |
| 04/09/2024 | EFT | Breakers at Del HOA | General DIP - 8843 | √ | HOA Fee | -225.00 |
| 04/09/2024 | EFT | Vons | General DIP - 8843 | √ | Groceries | -125.55 |
| 04/09/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -7.99 |
| 04/09/2024 | EFT | Biberk Insurance | General DIP - 8843 | √ | Insurance Expense | -582.05 |
| 04/10/2024 | EFT | Microsoft | General DIP - 8843 | √ | Software | -8.25 |
| 04/10/2024 | EFT | T-Mobile | General DIP - 8843 | √ | Utilities | -260.18 |
| 04/11/2024 | EFT | LAZ Parking | General DIP - 8843 | √ | Parking Fee | -17.00 |
| 04/11/2024 | EFT | Bosscat Kitchen | General DIP - 8843 | √ | Dining | -115.73 |
| 04/11/2024 | EFT | Bosscat Kitchen | General DIP - 8843 | √ | Dining | -233.95 |
| 04/11/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -9.99 |
| 04/12/2024 | EFT | Petsmart | General DIP - 8843 | √ | Pet Supplies | -108.88 |
| 04/12/2024 | EFT | CA Efile | General DIP - 8843 | √ | Court Filing Fee | -25.84 |
| 04/12/2024 | EFT | CA Efile | General DIP - 8843 | √ | Court Filing Fee | -437.25 |
| 04/12/2024 | EFT | Adobe | General DIP - 8843 | √ | Dues and Subscriptions | -19.99 |
| 04/12/2024 | EFT | Spokeo | General DIP - 8843 | √ | Dues and Subscriptions | -24.95 |
| 04/12/2024 | EFT | Walgreens | General DIP - 8843 | √ | Household Supplies | -50.65 |
| 04/15/2024 | EFT | Bubble Bath Car Wash | General DIP - 8843 | √ | Auto | -64.98 |
| 04/15/2024 | EFT | EFile Service | General DIP - 8843 | √ | Court Filing Fee | -9.95 |
| 04/15/2024 | EFT | Jack In The Box | General DIP - 8843 | √ | Dining | -21.07 |
| 04/15/2024 | EFT | Exxon | General DIP - 8843 | √ | Gas | -49.46 |
| 04/15/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -50.00 |
| 04/15/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -7.99 |
| 04/15/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -16.28 |
| 04/15/2024 | EFT | Ethos | General DIP - 8843 | √ | Insurance Expense | -74.25 |
| 04/15/2024 | EFT | Ring Central | General DIP - 8843 | √ | Utilities | -94.41 |
| 04/15/2024 | EFT | 2nd District Court | General DIP - 8843 | √ | Court Filing Fee | -10.50 |
| 04/16/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/16/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -50.00 |
| 04/16/2024 | EFT | Vons | General DIP - 8843 | √ | Groceries | -80.01 |
| 04/16/2024 | EFT | Exxon | General DIP - 8843 | √ | Gas | -110.70 |
| 04/16/2024 | EFT | The UPS Store | General DIP - 8843 | √ | Postage and Delivery | -241.44 |
| 04/16/2024 | EFT | Debbie Tyrell | General DIP - 8843 | √ | Bookkeeping | -800.00 |
| 04/17/2024 | EFT | Cafe Persona | General DIP - 8843 | √ | Dining | -5.93 |
| 04/17/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/17/2024 | EFT | Auto Park | General DIP - 8843 | √ | Parking Fee | -20.00 |
| 04/17/2024 | EFT | Turbo Tax | General DIP - 8843 | √ | Software | -129.00 |
| 04/18/2024 | EFT | City of Hermosa Beach | General DIP - 8843 | √ | Parking Fee | -5.25 |
| 04/18/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/18/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/18/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/18/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/18/2024 | EFT | Yoshinoya | General DIP - 8843 | √ | Dining | -21.74 |
| 04/18/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -462.27 |
| 04/18/2024 | EFT | Intuit | General DIP - 8843 | √ | Merchant Account Fees | -15.00 |
| 04/18/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |

# EXHIBIT D
## Orlando F. Cabanday, Jr.

**April 2024**

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| 04/19/2024 | EFT | Array | General DIP - 8843 | √ | Trial Expense | -1,384.20 |
| 04/19/2024 | EFT | City of Redondo Beach | General DIP - 8843 | √ | Parking Fee | -4.00 |
| 04/19/2024 | EFT | Cal E-File | General DIP - 8843 | √ | Court Filing Fee | -13.81 |
| 04/19/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/19/2024 | EFT | Steak & Wiskey | General DIP - 8843 | √ | Dining | -143.80 |
| 04/19/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -168.72 |
| 04/19/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -168.72 |
| 04/22/2024 | EFT | Hide Sushi | General DIP - 8843 | √ | Dining | -201.60 |
| 04/22/2024 | EFT | Hide Sushi | General DIP - 8843 | √ | Dining | -201.60 |
| 04/22/2024 | EFT | PARCSCAN | General DIP - 8843 | √ | Parking Fee | -10.00 |
| 04/22/2024 | EFT | Marugame Udon | General DIP - 8843 | √ | Dining | -30.53 |
| 04/22/2024 | EFT | Hannam Gas | General DIP - 8843 | √ | Gas | -47.60 |
| 04/22/2024 | EFT | G & M Gas | General DIP - 8843 | √ | Gas | -88.77 |
| 04/22/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/22/2024 | EFT | Board & Brew | General DIP - 8843 | √ | Dining | -15.76 |
| 04/22/2024 | EFT | B Sweet Dessert | General DIP - 8843 | √ | Dining | -17.00 |
| 04/22/2024 | EFT | Auto Park | General DIP - 8843 | √ | Parking Fee | -20.00 |
| 04/22/2024 | EFT | Big Boi | General DIP - 8843 | √ | Dining | -86.72 |
| 04/22/2024 | EFT | Hook & Plow | General DIP - 8843 | √ | Dining | -116.43 |
| 04/22/2024 | EFT | Hide Sushi | General DIP - 8843 | √ | Dining | -2.50 |
| 04/22/2024 | EFT | Hide Sushi | General DIP - 8843 | √ | Dining | -2.50 |
| 04/23/2024 |  | Farmers & Merchants Bank | Tax DIP - 8835 | √ | Bank Service Charges | -8.00 |
| 04/23/2024 | 188 | TOC LLC | General DIP - 8843 | √ | Rent Expense | -800.00 |
| 04/23/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/23/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/23/2024 | EFT | Waste Management | General DIP - 8843 | √ | Utilities | -100.00 |
| 04/23/2024 | EFT | USPS | General DIP - 8843 | √ | Postage and Delivery | -156.47 |
| 04/23/2024 | EFT | PHH Mortgage | General DIP - 8843 | √ | Mortgage | -3,983.80 |
| 04/24/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -14.22 |
| 04/24/2024 | EFT | AT&T | General DIP - 8843 | √ | Utilities | -171.20 |
| 04/24/2024 | EFT | So CA Gas | General DIP - 8843 | √ | Utilities | -48.30 |
| 04/24/2024 | EFT | Central Loan | General DIP - 8843 | √ | Mortgage | -6,000.00 |
| *04/25/2024 | 1001 | Client | Client Trust DIP - 8819 | √ | Settlement Payment | -5,962.50 |
| 04/25/2024 | EFT | LA County Superior Court | General DIP - 8843 | √ | Court Filing Fee | -3.00 |
| 04/25/2024 | EFT | LA County Superior Court | General DIP - 8843 | √ | Court Filing Fee | -8.00 |
| 04/25/2024 | EFT | EFile Service | General DIP - 8843 | √ | Court Filing Fee | -12.27 |
| 04/25/2024 | EFT | EFile Service | General DIP - 8843 | √ | Court Filing Fee | -34.41 |
| 04/25/2024 | EFT | One Legal | General DIP - 8843 | √ | Court Filing Fee | -169.82 |
| 04/25/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -7.99 |
| 04/26/2024 | 187 | Howard Grobstein | General DIP - 8843 | √ | Adequate Protection Payment | -5,000.00 |
| 04/26/2024 | EFT | USPS | General DIP - 8843 | √ | Postage and Delivery | -40.80 |
| 04/26/2024 | EFT | Riverside Court | General DIP - 8843 | √ | Court Filing Fee | -1.00 |
| 04/26/2024 | EFT | CourtCall | General DIP - 8843 | √ | Dues and Subscriptions | -72.00 |
| 04/26/2024 | EFT | LA CV E-File | General DIP - 8843 | √ | Court Filing Fee | -76.02 |
| 04/29/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -14.01 |
| 04/29/2024 | EFT | Netflix | General DIP - 8843 | √ | Dues and Subscriptions | -15.49 |

**EXHIBIT D**

**Orlando F. Cabanday, Jr.**

**April 2024**

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| 04/29/2024 | EFT | Bagel Factory | General DIP - 8843 | √ | Dining | -21.41 |
| 04/29/2024 | EFT | Grub Hub | General DIP - 8843 | √ | Dining | -25.97 |
| 04/29/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -37.60 |
| 04/29/2024 | EFT | Door Dash | General DIP - 8843 | √ | Dining | -54.06 |
| 04/29/2024 | EFT | Paypal | General DIP - 8843 | √ | Trial Expense | -250.00 |
| 04/29/2024 | EFT | Apple.com | General DIP - 8843 | √ | Dues and Subscriptions | -26.98 |
| 04/29/2024 | EFT | Adobe | General DIP - 8843 | √ | Software | -54.99 |
| • 04/30/2024 | 1002 | Client | Client Trust DIP - 8819 | √ | Settlement Payment | -5,000.00 |
| • 04/30/2024 | 1003 | Client | Client Trust DIP - 8819 | √ | Settlement Payment | -20,000.00 |
| • 04/30/2024 | 1004 | Client | Client Trust DIP - 8819 | √ | Settlement Payment | -10,000.00 |
| 04/30/2024 | EFT | Staples | General DIP - 8843 | √ | Office Supplies | -156.44 |
| 04/30/2024 | EFT | Array | General DIP - 8843 | √ | Trial Expense | -404.06 |
| 04/30/2024 | EFT | The UPS Store | General DIP - 8843 | √ | Postage and Delivery | -239.18 |
| 04/30/2024 | EFT | Steak & Wiskey | General DIP - 8843 | √ | Dining | -953.35 |
| **Apr 24** | | | | | | **-85,392.65** |

*$40,962.50 in disbursements was not my money. They were settlement funds held for my clients. Actual disbursements were $44,430.15

FOR MONTH ENDED:    4/30/24

# EXHIBIT E

## POST-PETITION ACCOUNTS PAYABLE    **X** *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

## POST-PETITION PROFESSIONAL FEES & EXPENSES PAYABLE    **X** *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Fees/Exp Incurred this Month | 0.00 | | |
| Less:  Payments Made this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

## POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS    *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 3,779.18 | | |
| Add:  Payments Due this Month | 10,801.33 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 14,580.51 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

FOR MONTH ENDED: _____4/30/24_____

# EXHIBIT F

## ACCOUNTS RECEIVABLE

**X** _Indicate if none_

|  |  |  | **Aging of Pre Petition and Post-Petition Accounts Receivable** |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 |  |  |
| Add:  New Receivables for this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Amounts Collected this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  _(Explanation Required)_ | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 |  | 0.00 |

# ADDITIONAL INFORMATION

**Orlando F. Cabanday, Jr.**
# Reconciliation Summary
**General DIP - 8843, Period Ending 04/30/2024**

|  | Apr 30, 24 |
|---|---|
| **Beginning Balance** | 57,638.45 |
| **Cleared Transactions** | |
| **Checks and Payments - 146 items** | -44,422.15 |
| **Deposits and Credits - 4 items** | 12,388.99 |
| **Total Cleared Transactions** | -32,033.16 |
| **Cleared Balance** | **25,605.29** |
| **Register Balance as of 04/30/2024** | 25,605.29 |
| **Ending Balance** | 25,605.29 |



| | |
|---|---|
| Date | 4/30/24 |
| Account No. | 8843 |

ORLANDO F CABANDAY JR
CABANDAY LAW GROUP (DBA)
DIP CASE NO. 2:24-BK-10037
2889 PLAZA DEL AMO UNIT 705
TORRANCE CA 90503-7378



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Orlando F Cabanday Jr
Cabanday Law Group (DBA)
DIP Case No. 2:24-bk-10037

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 8843 | Number of Enclosures | 3 |
| Beginning Balance | 57,638.45 | Statement Dates | 4/01/24 thru 4/30/24 |
| 4 Deposits/Credits | 12,388.99 | Days in the statement period | 30 |
| 146 Checks/Debits | 44,422.15 | Average Ledger | 44,753.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 25,605.29 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/02 | INTUIT 78449295 9215986202 52477199888112CABANDAY LAW GRO DEPOSIT 02100002079CCD | 9,098.00 |
| 4/04 | INTUIT 90291025 9215986202 52477199888112CABANDAY LAW GRO DEPOSIT 02100002744CCD | 996.00 |

Continued on next page

### Questions? Call us: (866) 437-0011





**F&M BANK**

| | Date | 4/30/24 |
|---|---|---|
| | Account No. | 8843 |

Bankruptcy Trustee                                   8843 (continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/08 | CREDIT 0713 04/06/24 06027909 MACYS DEL AMO 21600 HAWTHORNE BLVD TORRANCECA C# 7468 | 219.99 |
| 4/18 | INTUIT 58075425 9215986202 52477199888112CABANDAY LAW GRO DEPOSIT 02100002422CCD | 2,075.00 |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/01 | DBT CRD 0715 04/01/24 27807705 CITY OF REDONDO BEACH 415 DIAMOND ST REDONDO BEACHCA C# 7468 | 5.75- |
| 4/01 | DBT CRD 2343 03/31/24 09783904 SQ *YELLOW VASE-RB 1805 S. Catalina Ave Redondo BeachCA C# 7468 | 9.83- |
| 4/01 | DBT CRD 1844 03/29/24 12683859 DD DOORDASH 7-ELEVEN 303 2ND STREET 8559731040CA C# 7468 | 10.49- |
| 4/01 | DBT CRD 1818 03/29/24 06997441 PAYPAL *NETFLIX.COM 2211 North First Street San JoseCA C# 7468 | 15.49- |
| 4/01 | DBT CRD 0243 04/01/24 27887124 EINSTEINMOBILEAPP #799 3900 LAKEBREEZE AVE N BROOKLYN CENTMN C# 7468 | 17.56- |
| 4/01 | DBT CRD 1958 03/29/24 06684305 DD DOORDASH CINNABON 303 2ND STREET 8559731040CA C# 7468 | 34.49- |
| 4/01 | DBT CRD 2047 03/30/24 15965533 MACYS .COM 9111 DUKE BLVD MASONOH C# 7468 | 219.99- |
| 4/01 | DBT CRD 1846 03/30/24 19932945 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 7.99- |
| 4/01 | DBT CRD 0601 03/31/24 09655120 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 9.99- |
| 4/01 | DBT CRD 2000 03/31/24 19818819 TENTATIVERULINGS.ORG TentativeRulings.org100 GLENDALECA C# 7468 | 25.00- |
| 4/02 | ATM W/D 1735 04/01/24 00009323 BANK OF AMERICA *SEPULVEDA & CRENSHAW TORRANCECA C# 7468 | 104.00- |
| 4/02 | POS DEB 1318 04/01/24 13100007 USPS PO 0 1433 MARCELI TORRANCECA Card# 7468 | 13.60- |
| 4/02 | POS DEB 1630 04/01/24 16300049 RALPHS #0 2909 ROLLING TORRANCECA Card# 7468 | 47.15- |
| 4/02 | DBT CRD 1821 04/01/24 23300101 DD DOORDASH 7-ELEVEN 303 2ND STREET 8559731040CA C# 7468 | 10.49- |
| 4/02 | DBT CRD 1854 04/01/24 15999513 JACK IN THE BOX 0261 4911 Torrance Blvd TORRANCECA C# 7468 | 20.20- |

Continued on next page

Questions? Call us: (866) 437-0011





NMLS# 537388

**F&M BANK**

Date          4/30/24
Account No.      8843

Bankruptcy Trustee                   8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/02 | DBT CRD 1802 04/01/24 27947461 DD DOORDASH BAMBINOSP 303 2ND STREET 8559731040CA C# 7468 | 80.80- |
| 4/02 | DBT CRD 0009 04/02/24 19375634 JAMS INC 18881 Von Karman Avenue 949-224-1810CA C# 7468 | 411.96- |
| 4/02 | DBT CRD 1942 04/01/24 23981723 TST* THE HOOK & PLOW - 1729 S Catalina Ave Redondo BeachCA C# 7468 | 591.47- |
| 4/02 | W/D SVC 1735 04/01/24 00009323 BANK OF AMERICA *SEPULVEDA & CRENSHAW TORRANCECA C# 7468 | 2.50- |
| 4/02 | INTUIT 91695385 9215986202 52477199888112CABANDAY LAW GRO TRAN FEE 02100002108CCD | 272.03- |
| 4/02 | DBT CRD 1942 04/01/24 19022789 Google LLC GSUITE_caba 1600 Amphitheatre Parkw Mountain ViewCA C# 7468 | 201.60- |
| 4/03 | DBT CRD 0023 04/03/24 09532730 SO CALIFORNIA EDISON 2244 WALNUT GROVE AVE 800-655-4555CA C# 7468 | 260.28- |
| 4/03 | SO CAL GAS PAID SCGC 042000019411422 1992052494WEB 1953412978 | 249.21- |
| 4/04 | POS DEB 1035 04/04/24 00363379 AMAZON.COM*1S1AG1TK3 AMAZON.COM SEATTLEWA C# 7468 | 44.87- |
| 4/04 | POS DEB 1632 04/03/24 00350618 BRISTOL FARMS 01 837 SILVER SPUR ROAD ROLLING HILLSCA C# 7468 | 66.38- |
| 4/04 | DBT CRD 2102 04/03/24 23432032 Prime Video Channels 440 Terry Ave N amzn.com/billWA C# 7468 | 5.99- |
| 4/04 | DBT CRD 2017 04/03/24 06728974 TST* JAPONICA 1304 1/2 S Pacific Coas Redondo BeachCA C# 7468 | 150.94- |
| 4/04 | DBT CRD 2017 04/03/24 15770709 AAA CA MEMBERSHIP WEB 3333 FAIRVIEW RD. COSTA MESACA C# 7468 | 181.50- |
| 4/04 | DBT CRD 2102 04/03/24 06741203 MACYS .COM 9111 DUKE BLVD MASONOH C# 7468 | 274.99- |
| 4/04 | INTUIT 03539475 9215986202 52477199888112CABANDAY LAW GRO TRAN FEE 02100002741CCD | 29.78- |
| 4/04 | MORTGAGE SERV CT MTG PAYMT 021000026979676 4222195996TEL | 12,000.00- |
| 4/05 | POS DEB 1534 04/04/24 00332205 JOHN S SERVICE CENTER 4359 LAUREL CANYON BLVD NORTH HOLLYWOCA C# 7468 | 125.00- |
| 4/05 | DBT CRD 2332 04/04/24 06974771 SQ *THE JOINT SEAFOOD 13718 Ventura Blvd Sherman OaksCA C# 7468 | 52.80- |
| 4/05 | DBT CRD 1756 04/04/24 23939921 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 8.99- |
| 4/05 | DBT CRD 0303 04/05/24 27054364 CASETEXT.COM 548 Market StPMB 52855 SAN FRANCISCOCA C# 7468 | 512.35- |

Continued on next page

## Questions? Call us: (866) 437-0011

 Member FDIC

 FMB.com

 NMLS# 537388



| | Date | 4/30/24 |
|---|---|---|
| | Account No. | 8843 |

Bankruptcy Trustee                                8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/08 | POS DEB 1640 04/05/24 01011651 SOUTHBAY EURO CAR 22400 S WESTERN AVE TORRANCECA C# 7468 | 1,480.19- |
| 4/08 | DBT CRD 2009 04/05/24 15232621 LADOT METER PARKING 100 S MAIN ST 10TH FL LOS ANGELESCA C# 7468 | 2.00- |
| 4/08 | DBT CRD 2041 04/07/24 19670831 UCLA SELFSERVE PARK 555 WESTWOOD PLZ #100 LOS ANGELESCA C# 7468 | 3.00- |
| 4/08 | DBT CRD 0317 04/06/24 07834448 UBER *TRIP 1515 3rd Street San FranciscoCA C# 7468 | 10.93- |
| 4/08 | DBT CRD 2029 04/06/24 23434768 McDonalds 437 1452 W CARSON ST TORRANCECA C# 7468 | 15.15- |
| 4/08 | DBT CRD 1620 04/07/24 02839026 LAWDEPOT 2211 North First Street San JoseCA C# 7468 | 35.00- |
| 4/08 | DBT CRD 0629 04/06/24 12029042 LA CV E-FILE*009904757 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 76.02- |
| 4/08 | DBT CRD 0548 04/06/24 06259908 LA CV E-FILE*0S9904757 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 125.00- |
| 4/08 | DDA B/P 0819 04/07/24 00717238 INTUIT 18 2535 GARCIA AVE US MOUNTAIN VIEWCA C# 7468 | 90.00- |
| 4/09 | POS DEB 1628 04/08/24 16200028 USPS PO 0 1433 MARCELI TORRANCECA Card# 7468 | 16.40- |
| 4/09 | Breakers at Del HOA Dues 122238206829289 1043587329 PPD Orlando Cabanday | 225.00- |
| 4/09 | DBT CRD 1929 04/08/24 09495937 VONS #2232 4705 TORRANCE BLVD TORRANCECA C# 7468 | 125.55- |
| 4/09 | DBT CRD 1843 04/08/24 15532263 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 7.99- |
| 4/09 | DBT CRD 0617 04/09/24 19636996 BIBERK INSURANCE 39 PUBLIC SQUARE WILKES BARREPA C# 7468 | 582.05- |
| 4/10 | DDA B/P 1748 04/09/24 00971823 Microsoft Corporation Leg MSFT * E0800RP0S1 REDMONDWA C# 7468 | 8.25- |
| 4/11 | POS DEB 0622 04/11/24 15342660 T-MOBILE WEB PAYMENT 12920 SE 38TH ST BELLEVUEWA C# 7468 | 260.18- |
| 4/11 | DBT CRD 2045 04/10/24 09300785 LAZ PARKING M33202FLAS 1970 MAIN STREET IRVINECA C# 7468 | 17.00- |
| 4/11 | DBT CRD 1749 04/10/24 09251372 TST* BOSSCAT IRVINE 18169 Von Karman Avenue IrvineCA C# 7468 | 115.73- |
| 4/11 | DBT CRD 1738 04/10/24 12189368 TST* BOSSCAT IRVINE 18169 Von Karman Avenue IrvineCA C# 7468 | 233.95- |

Continued on next page

## Questions? Call us: (866) 437-0011


Member FDIC



NMLS# 537388

**F&M BANK**

Date    4/30/24
Account No.    8843

Bankruptcy Trustee                          8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/11 | DBT CRD 0716 04/11/24 09397083 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 9.99- |
| 4/12 | POS DEB 1535 04/11/24 69027888 PETSMART # 0101 3855-59 SEPULVADA BLVD TORRANCECA C# 7468 | 108.88- |
| 4/12 | DBT CRD 0407 04/12/24 15497778 CAEFILE*014977270-0 5101 TENNYSON PKWY 800-297-5377TX C# 7468 | 25.84- |
| 4/12 | DBT CRD 0456 04/12/24 27815043 CAEFILE*014977270-0 111 N. Hill Street 213-830-0840CA C# 7468 | 437.25- |
| 4/12 | DBT CRD 0346 04/12/24 27784227 ADOBE *ADOBE 345 PARK AVE 4085366000CA C# 7468 | 19.99- |
| 4/12 | DBT CRD 0455 04/12/24 06476340 SPK*SPOKEO SEARCH 556 S. Fair Oaks Ave PASADENACA C# 7468 | 24.95- |
| 4/15 | POS DEB 1832 04/13/24 18347993 WALGREENS 2976 SEPULVE TORRANCECA Card# 7468 | 50.65- |
| 4/15 | POS DEB 0925 04/15/24 41162542 BUBBLE BATH CAR WASH INC 1831 W. 213TH ST. TORRANCECA C# 7468 | 64.98- |
| 4/15 | DBT CRD 1040 04/13/24 06821775 OC E-FILE *009950902 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 9.95- |
| 4/15 | DBT CRD 0401 04/14/24 06000681 JACK IN THE BOX 0267 2760 Cabrillo Ave 310-212-0967CA C# 7468 | 21.07- |
| 4/15 | DBT CRD 0910 04/14/24 15088515 EXXON HANNAM GAS 3006 SEPULVEDA BLVD TORRANCECA C# 7468 | 49.46- |
| 4/15 | DBT CRD 1128 04/13/24 12885639 LA CV E-FILE*0S9953791 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 50.00- |
| 4/15 | DBT CRD 2353 04/13/24 06944154 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 7.99- |
| 4/15 | DBT CRD 0751 04/13/24 15783857 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 16.28- |
| 4/15 | DBT CRD 1728 04/13/24 27457646 ETHOS - LGA 460 Bryant StreetFloor SAN FRANCISCOCA C# 7468 | 74.25- |
| 4/15 | DBT CRD 0610 04/13/24 19781565 RINGCENTRAL INC. 20 Davis Dr 888-898-4591CA C# 7468 | 94.41- |
| 4/16 | DBT CRD 0208 04/16/24 12505312 I3 *2ND DISTRICT COURT 300 S. SPRING ST. 2ND F VENTURACA C# 7468 | 10.50- |
| 4/16 | DBT CRD 0535 04/16/24 27325113 LA CV E-FILE*009953791 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/16 | DBT CRD 0614 04/16/24 19563768 LA CV E-FILE*0S9964605 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 50.00- |

Continued on next page

Questions? Call us: (866) 437-0011


Member FDIC



NMLS# 537388

| | Date | 4/30/24 |
|---|---|---|
| | Account No. | 8843 |

Bankruptcy Trustee                                8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/16 | DBT CRD 1927 04/15/24 23440623 VONS #2232 4705 TORRANCE BLVD TORRANCECA C# 7468 | 80.01- |
| 4/16 | DBT CRD 0602 04/16/24 15529264 EXXON HANNAM GAS 3006 SEPULVEDA BLVD TORRANCECA C# 7468 | 110.70- |
| 4/16 | DBT CRD 2333 04/15/24 12483530 THE UPS STORE 2102 2390 CRENSHAW BLVD TORRANCECA C# 7468 | 241.44- |
| 4/16 | DBT CRD 0712 04/16/24 23613384 CHASE TORRANCE 2121 TORRANCE BLVD TORRANCECA C# 7468 | 800.00- |
| 4/17 | DBT CRD 0417 04/17/24 09728062 SQ *CAFE PERSONA 714 W 1st St LOS ANGELESCA C# 7468 | 5.93- |
| 4/17 | DBT CRD 0620 04/17/24 19793298 LA CV E-FILE*009966382 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/17 | DBT CRD 0531 04/17/24 09735907 AUTO PARK 14-GRAND AVE 500W TEMPLE ST RM B95 LOS ANGELESCA C# 7468 | 20.00- |
| 4/17 | DBT CRD 0052 04/17/24 27105812 INTUIT *TURBOTAX 7535 TORREY SANTA FE RD CL.INTUIT.COMCA C# 7468 | 129.00- |
| 4/18 | DBT CRD 0548 04/18/24 19051402 HERMOSA BEACH PARKING 1315 VALLEY DR HERMOSA BEACHCA C# 7468 | 5.25- |
| 4/18 | DBT CRD 0544 04/18/24 19048687 LA CV E-FILE*009976655 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/18 | DBT CRD 0611 04/18/24 27099208 LA CV E-FILE*009975639 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/18 | DBT CRD 0619 04/18/24 06004598 LA CV E-FILE*009964605 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/18 | DBT CRD 0619 04/18/24 12051111 LA CV E-FILE*009977574 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/18 | DBT CRD 0636 04/18/24 09036465 LA CV E-FILE*009978585 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/18 | DBT CRD 1815 04/17/24 27849145 PAR*YOSHINOYA - 1196 1603 SEPULVEDA BLVD TORRANCECA C# 7468 | 21.74- |
| 4/18 | DBT CRD 0611 04/18/24 27099199 LA CV E-FILE*009964410 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 462.27- |
| 4/18 | INTUIT 71144095 9215986202 52477199888112CABANDAY LAW GRO TRAN FEE 02100002433CCD | 15.00- |
| 4/19 | POS DEB 1422 04/18/24 00671602 IN ARRAY 624 S. AUSTIN AVE # 624 S. AUSTINTX C# 7468 | 1,384.20- |
| 4/19 | DBT CRD 0724 04/19/24 27820737 CITY OF REDONDO BEACH 415 DIAMOND ST REDONDO BEACHCA C# 7468 | 4.00- |

Continued on next page

## Questions? Call us: (866) 437-0011







NMLS# 537388



**F&M BANK**

| | Date | 4/30/24 |
| | Account No. | 8843 |

Bankruptcy Trustee                    8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/19 | DBT CRD 0526 04/19/24 19476292 CAL E-FILE *009983230 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 13.81- |
| 4/19 | DBT CRD 0724 04/19/24 15516697 LA CV E-FILE*009986870 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/19 | DBT CRD 0537 04/19/24 12463396 STEAK & WHISKY 117 PIER AVENUE HERMOSA BEACHCA C# 7468 | 143.80- |
| 4/19 | DBT CRD 0526 04/19/24 09431967 LA CV E-FILE*009983149 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 168.72- |
| 4/19 | DBT CRD 0627 04/19/24 23487004 LA CV E-FILE*009983388 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 168.72- |
| 4/22 | ATM W/D 1555 04/19/24 00480138 Hide Sushi 2040 Sawtelle Blvd Los AngelesCA C# 7468 | 201.60- |
| 4/22 | ATM W/D 1606 04/19/24 00492700 Hide Sushi 2040 Sawtelle Blvd Los AngelesCA C# 7468 | 201.60- |
| 4/22 | POS DEB 1524 04/19/24 28501493 PARCSCAN INC 1950 SAWTELLE BLVD LOS ANGELESCA C# 7468 | 10.00- |
| 4/22 | POS DEB 0202 04/21/24 06317166 PAR*MARUGAME UDON - TO 21211 HAWTHORNE BLVD SP TORRANCECA C# 7468 | 30.53- |
| 4/22 | POS DEB 1113 04/20/24 89631019 HANNAM CHAIN DEL AMO 21305 HAWTHORNE BOULEVA TORRANCECA C# 7468 | 47.60- |
| 4/22 | POS DEB 0724 04/22/24 00752547 G&M #133 1640 CRENSHAW BLVD. TORRANCECA C# 7468 | 88.77- |
| 4/22 | DBT CRD 0620 04/20/24 27498019 LA CV E-FILE*009992041 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/22 | DBT CRD 2028 04/21/24 12693252 BOARD AND BREW - TORRA 21211 HAWTHORNE BLVD TORRANCECA C# 7468 | 15.76- |
| 4/22 | DBT CRD 0007 04/20/24 12890165 SQ *B SWEET DESSERT BA 2005 Sawtelle Boulevard Los AngelesCA C# 7468 | 17.00- |
| 4/22 | DBT CRD 0655 04/20/24 27527702 AUTO PARK 14-GRAND AVE 500W TEMPLE ST RM B95 LOS ANGELESCA C# 7468 | 20.00- |
| 4/22 | DBT CRD 2333 04/19/24 06824612 SQ *BIG BOI | FILIPINO 2027 Sawtelle Blvd. Los AngelesCA C# 7468 | 86.72- |
| 4/22 | DBT CRD 1903 04/19/24 23759139 TST* THE HOOK & PLOW - 1729 S Catalina Ave Redondo BeachCA C# 7468 | 116.43- |
| 4/22 | W/D SVC 1555 04/19/24 00480138 Hide Sushi 2040 Sawtelle Blvd Los AngelesCA C# 7468 | 2.50- |
| 4/22 | W/D SVC 1606 04/19/24 00492700 Hide Sushi 2040 Sawtelle Blvd Los AngelesCA C# 7468 | 2.50- |

Continued on next page

Questions? Call us: (866) 437-0011

Member FDIC

FMB.com

NMLS# 537388



**F&M BANK**

Date                4/30/24
Account No.            8843

Bankruptcy Trustee                    8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/23 | DBT CRD 0602 04/23/24 09302642 LA CV E-FILE*010001200 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/23 | DBT CRD 0628 04/23/24 23295247 LA CV E-FILE*010001085 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/23 | DBT CRD 0251 04/23/24 12262475 WASTE MGMT WM EZPAY 1001 FANNIN, SUITE 4000 HOUSTONTX C# 7468 | 100.00- |
| 4/23 | DBT CRD 1755 04/22/24 23861567 SP ELYZON 10441 Stanford Avenue GARDEN GROVECA C# 7468 | 156.47- |
| 4/23 | MORTGAGE SERV CT MTG PAYMT 021000022588982 4222195996TEL | 3,983.80- |
| 4/24 | DBT CRD 0532 04/24/24 19487797 LA CV E-FILE*010009596 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 14.22- |
| 4/24 | DBT CRD 0217 04/24/24 23141432 ATT*BILL PAYMENT 4331 COMMUNICATIONS DR DALLASTX C# 7468 | 171.20- |
| 4/24 | SO CAL GAS PAID SCGC 042000011502754 1992052494WEB 1953412978 | 48.30- |
| 4/24 | CENTRAL LOAN ADM 1 TIME DFT 231271360019083 9DFT4 TEL | 6,000.00- |
| 4/25 | DBT CRD 1811 04/24/24 12288932 SUPERIORCOURTLAPUBLICA 111 N HILL ST ROOM 119A LOS ANGELESCA C# 7468 | 3.00- |
| 4/25 | DBT CRD 1959 04/24/24 09645183 SUPERIORCOURTLAPUBLICA 111 N HILL ST ROOM 119A LOS ANGELESCA C# 7468 | 8.00- |
| 4/25 | DBT CRD 0547 04/25/24 19407388 OC E-FILE *010020901 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 12.27- |
| 4/25 | DBT CRD 0637 04/25/24 06733534 CAL E-FILE *010018451 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 34.41- |
| 4/25 | DBT CRD 2330 04/25/24 12655426 ONELEGAL CCSALE0594560 504 Redwood Blvd NOVATOCA C# 7468 | 169.82- |
| 4/25 | DBT CRD 1810 04/24/24 09263514 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 7.99- |
| 4/26 | POS DEB 1303 04/25/24 13000004 USPS PO 0 1433 MARCELI 1433 MARCELINA AVE TORRANCECA C# 7468 | 40.80- |
| 4/26 | DBT CRD 0736 04/26/24 15951664 RIV COURT EPAY FINE PM 391 N MAIN ST STE 30 CORONACA C# 7468 | 1.00- |
| 4/26 | DBT CRD 0707 04/26/24 19948749 COURTCALL *11819712 2050 W. 190TH ST #105A LOS ANGELESCA C# 7468 | 72.00- |
| 4/26 | DBT CRD 0623 04/26/24 23932134 LA CV E-FILE*010027824 12145 N 98TH WAY 801-448-7268AZ C# 7468 | 76.02- |
| 4/29 | DBT CRD 2012 04/28/24 27846911 DD DOORDASH 7-ELEVEN 303 2ND STREET 8559731040CA C# 7468 | 14.01- |

Continued on next page







NMLS# 537388



Date                                                                                        4/30/24
Account No.                                                                             8843

Bankruptcy Trustee                                    8843 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/29 | DDA B/P 0145 04/29/24 04041824 PAYPAL *NETFLIX.COM 2211 North First Street San JoseCA C# 7468 | 15.49- |
| 4/29 | DBT CRD 0546 04/29/24 27967085 THE BAGEL FACTORY INC 21221 HAWTHORNE BLVD LOS ANGELESCA C# 7468 | 21.41- |
| 4/29 | DBT CRD 2337 04/28/24 27897168 GRUBHUBBURGERCITYGRIL 1065 AVENUE OF THE AMER 8775851085NY C# 7468 | 25.97- |
| 4/29 | DBT CRD 2025 04/28/24 09190425 DD DOORDASH CINNABON 303 2ND STREET 8559731040CA C# 7468 | 37.60- |
| 4/29 | DBT CRD 1847 04/28/24 09162733 DD DOORDASH MARUGAMEU 303 2ND STREET 8559731040CA C# 7468 | 54.06- |
| 4/29 | DDA B/P 1237 04/26/24 03763514 PAYPAL *CFTSOURCE 2211 North First Street San JoseCA C# 7468 | 250.00- |
| 4/29 | DBT CRD 1959 04/28/24 27840261 APPLE.COM/BILL ONE APPLE PARK WAY 866-712-7753CA C# 7468 | 26.98- |
| 4/29 | DBT CRD 1936 04/26/24 12767401 ADOBE *ADOBE 345 PARK AVE 4085366000CA C# 7468 | 54.99- |
| 4/30 | POS DEB 1121 04/30/24 19125646 STAPLES 0174 22025 HAWTHORNE BLVD TORRANCECA C# 7468 | 156.44- |
| 4/30 | POS DEB 1017 04/30/24 00523321 IN ARRAY 624 S. AUSTIN AVE # 624 S. AUSTINTX C# 7468 | 404.06- |
| 4/30 | DBT CRD 0017 04/30/24 09791599 THE UPS STORE 2102 2390 CRENSHAW BLVD TORRANCECA C# 7468 | 239.18- |
| 4/30 | DBT CRD 2344 04/29/24 12767371 STEAK & WHISKY 117 PIER AVENUE HERMOSA BEACHCA C# 7468 | 953.35- |

## Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/05 | 186 | 66.00 | 4/26 | 187 | 5,000.00 | 4/23 | 188 | 800.00 |

* Denotes missing check numbers

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 57,281.87 | 4/08 | 49,973.69 | 4/15 | 47,315.65 |
| 4/02 | 64,624.07 | 4/09 | 49,016.70 | 4/16 | 46,008.78 |
| 4/03 | 64,114.58 | 4/10 | 49,008.45 | 4/17 | 45,839.63 |
| 4/04 | 52,356.13 | 4/11 | 48,371.60 | 4/18 | 47,339.27 |
| 4/05 | 51,590.99 | 4/12 | 47,754.69 | 4/19 | 45,441.80 |

Continued on next page

Questions? Call us: (866) 437-0011







| | |
|---|---|
| Date | 4/30/24 |
| Account No. | 8843 |

Bankruptcy Trustee                                    8843 (continued)

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/22 | 44,586.57 | 4/25 | 33,048.65 | 4/30 | 25,605.29 |
| 4/23 | 39,517.86 | 4/26 | 27,858.83 | | |
| 4/24 | 33,284.14 | 4/29 | 27,358.32 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

  

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

Member FDIC





NMLS# 537388

**Orlando F. Cabanday, Jr.**
## Reconciliation Summary
**Cash Collateral DIP - 8827, Period Ending 04/30/2024**

|  | Apr 30, 24 |
|---|---|
| **Beginning Balance** | 15,126.50 |
| **Cleared Transactions** | |
| **Deposits and Credits - 1 item** | 5,700.00 |
| **Total Cleared Transactions** | 5,700.00 |
| **Cleared Balance** | **20,826.50** |
| **Register Balance as of 04/30/2024** | 20,826.50 |
| **Ending Balance** | 20,826.50 |



Date                    4/30/24
Account No.                8827

ORLANDO F CABANDAY JR
CABANDAY LAW GROUP (DBA)
DIP CASE NO. 2:24-BK-10037
2889 PLAZA DEL AMO UNIT 705
TORRANCE CA 90503-7378



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Orlando F Cabanday Jr
Cabanday Law Group (DBA)
DIP Case No. 2:24-bk-10037

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 8827 | Number of Enclosures | 0 |
| Beginning Balance | 15,126.50 | Statement Dates | 4/01/24 thru 4/30/24 |
| 1  Deposits/Credits | 5,700.00 | Days in the statement period | 30 |
| Checks/Debits | 0.00 | Average Ledger | 16,646.50 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 20,826.50 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/23 | From Checking XX8819 to Checking XX8827 - Funds Transfer via | 5,700.00 |

Questions? Call us: (866) 437-0011

  



Date                4/30/24
Account No.         8827

Bankruptcy Trustee                              8827 (continued)

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 15,126.50 | 4/23 | 20,826.50 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.





F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011





**Orlando F. Cabanday, Jr.**
## Reconciliation Summary
**Tax DIP - 8835, Period Ending 04/30/2024**

|  | Apr 30, 24 |
|---|---|
| **Beginning Balance** | 184.00 |
| **Cleared Transactions** |  |
| **Checks and Payments - 1 item** | -8.00 |
| **Total Cleared Transactions** | -8.00 |
| **Cleared Balance** | **176.00** |
| **Register Balance as of 04/30/2024** | 176.00 |
| **Ending Balance** | 176.00 |



Date                4/30/24
Account No.         8835

ORLANDO F CABANDAY JR
CABANDAY LAW GROUP (DBA)
DIP CASE NO. 2:24-BK-10037
2889 PLAZA DEL AMO UNIT 705
TORRANCE CA 90503-7378



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Orlando F Cabanday Jr
Cabanday Law Group (DBA)
DIP Case No. 2:24-bk-10037

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 8835 | Number of Enclosures | 0 |
| Beginning Balance | 184.00 | Statement Dates | 4/01/24 thru 4/30/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 30 |
| Checks/Debits | 0.00 | Average Ledger | 184.00 |
| Service Charge | 8.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 176.00 | | |

## Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

Questions? Call us: (866) 437-0011







| | |
|---|---|
| Date | 4/30/24 |
| Account No. | 8835 |

Bankruptcy Trustee              8835 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/30 | Service Charge | 8.00- |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 184.00 | 4/30 | 176.00 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.




F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

## Questions? Call us: (866) 437-0011

Member FDIC





NMLS# 537388

### Orlando F. Cabanday, Jr.
## Reconciliation Summary
#### Client Trust DIP - 8819, Period Ending 04/30/2024

|  | Apr 30, 24 |
|---|---|
| **Beginning Balance** | 100,239.05 |
| **Cleared Transactions** | |
| **Checks and Payments - 5 items** | -46,662.50 |
| **Deposits and Credits - 2 items** | 16,662.40 |
| **Total Cleared Transactions** | -30,000.10 |
| **Cleared Balance** | **70,238.95** |
| **Register Balance as of 04/30/2024** | 70,238.95 |
| **Ending Balance** | 70,238.95 |



| | |
|---|---|
| Date | 4/30/24 |
| Account No. | 8819 |

ORLANDO F CABANDAY JR
CABANDAY LAW GROUP (DBA)
DIP CASE NO. 2:24-BK-10037
2889 PLAZA DEL AMO UNIT 705
TORRANCE CA 90503-7378



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Orlando F Cabanday Jr
Cabanday Law Group (DBA)
DIP Case No. 2:24-bk-10037

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 8819 | Number of Enclosures | 4 |
| Beginning Balance | 100,239.05 | Statement Dates | 4/01/24 thru 4/30/24 |
| 2  Deposits/Credits | 16,662.40 | Days in the statement period | 30 |
| 5  Checks/Debits | 46,662.50 | Average Ledger | 102,246.92 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 70,238.95 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/18 | Deposit | 11,662.40 |
| 4/26 | Deposit | 5,000.00 |

Questions? Call us: (866) 437-0011







Date        4/30/24
Account No.     8819

Bankruptcy Trustee              8819 (continued)

### Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/23 | From Checking XX8819 to Checking XX8827 - Funds Transfer via | 5,700.00- |

### Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/25 | 1001 | 5,962.50 | 4/30 | 1003 | 20,000.00 | | | |
| 4/30 | 1002 | 5,000.00 | 4/30 | 1004 | 10,000.00 | | | |

* Denotes missing check numbers

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 100,239.05 | 4/23 | 106,201.45 | 4/26 | 105,238.95 |
| 4/18 | 111,901.45 | 4/25 | 100,238.95 | 4/30 | 70,238.95 |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

 Member FDIC



 NMLS# 537388

**Orlando F. Cabanday Jr.**
**Profit & Loss**
**April 2024**

|  | Apr 24 |
|---|---|
| **Ordinary Income/Expense** | |
|     **Income** | |
|         **Legal Fee Income** | 12,169.00 |
|       **Total Income** | 12,169.00 |
|       **Cost of Goods Sold** | |
|           **Merchant Account Fees** | 316.81 |
|       **Total COGS** | 316.81 |
|   **Gross Profit** | 11,852.19 |
|     **Expense** | |
|         **Advertising and Promotion** | 201.60 |
|         **Bank Service Charges** | 10.50 |
|         **Clothing** | 494.98 |
|         **Court Filing Fee** | 2,073.24 |
|         **Dining** | 3,317.48 |
|         **Dues and Subscriptions** | 464.60 |
|         **Gas** | 296.53 |
|         **Groceries** | 319.09 |
|         **HOA Fee** | 225.00 |
|         **Household Supplies** | 95.52 |
|         **Insurance Expense** | 656.30 |
|         **Mediation Services** | 411.96 |
|         Mortgage | 21,983.80 |
|         **Office Expense** | |
|             Software | 829.59 |
|         **Total Office Expense** | 829.59 |
|         **Office Supplies** | 156.44 |
|         **Parking Fee** | 87.00 |
|         **Personal Care** | 16.40 |
|         **Pet Supplies** | 108.88 |
|         **Pocket Money** | 104.00 |
|         **Postage and Delivery** | 691.49 |
|         **Property Taxes** | 66.00 |
|         **Rent Expense** | 800.00 |
|         **Repairs and Maintenance** | |
|             Auto | 1,670.17 |
|         **Total Repairs and Maintenance** | 1,670.17 |
|         **Ride Share** | 10.93 |
|         **Trial Expense** | 2,038.26 |
|         **Utilities** | 1,183.58 |
|       **Total Expense** | 38,313.34 |
|   **Net Ordinary Income** | -26,461.15 |
| **Other Income/Expense** | |

**Orlando F. Cabanday, Jr**
**Profit & Loss**
**April 2024**

|  | Apr 24 |
|---|---|
| **Other Income** | |
| **Refund** | 219.99 |
| **Settlement Income Held In Trust** | 16,662.40 |
| **Total Other Income** | 16,882.39 |
| **Other Expense** | |
| **Adequate Protection Payment** | 5,000.00 |
| **Bookkeeping** | 800.00 |
| **Settlement Payment** | 40,962.50 |
| **Total Other Expense** | 46,762.50 |
| **Net Other Income** | -29,880.11 |
| **Net Income** | **-56,341.26** |

# Orlando F. Cabanday, Jr.
## Balance Sheet
### As of April 30, 2024

|  | Apr 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash Collateral DIP - 8827 | 20,826.50 |
| Client Trust DIP - 8819 | 70,238.95 |
| General DIP - 8843 | 25,605.29 |
| Tax DIP - 8835 | 176.00 |
| **Total Checking/Savings** | 116,846.74 |
| **Total Current Assets** | 116,846.74 |
| **Fixed Assets** | |
| Business-Related Property | 5,000.00 |
| Personal & Household Items | 20,500.00 |
| Real Estate | 1,175,000.00 |
| Vehicles | 48,000.00 |
| **Total Fixed Assets** | 1,248,500.00 |
| **TOTAL ASSETS** | **1,365,346.74** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **Pre-Petition** | |
| Priority Unsecured Creditors | 250,000.00 |
| Secured Creditors | 3,840,434.33 |
| Unsecured Creditors | 42,904.00 |
| **Total Pre-Petition** | 4,133,338.33 |
| **Total Long Term Liabilities** | 4,133,338.33 |
| **Total Liabilities** | 4,133,338.33 |
| **Equity** | |
| Opening Balance Equity | -2,878,559.81 |
| Net Income | 110,568.22 |
| **Total Equity** | -2,767,991.59 |
| **TOTAL LIABILITIES & EQUITY** | **1,365,346.74** |