Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Attorneys for Debtor*
Orlando F. Cabanday, Jr.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:24-bk-10037-NB |
| | ) |
| | ) Chapter 11 |
| ORLANDO F. CABANDAY, JR., | ) |
| | ) |
| Debtor. | ) **NOTICE OF HEARING ON FIRST** |
| | ) **INTERIM FEE APPLICATION BY RHM** |
| | ) **LAW LLP, GENERAL BANKRUPTCY** |
| | ) **COUNSEL FOR THE DEBTOR, FOR** |
| | ) **ALLOWANCE OF FEES AND** |
| | ) **REIMBURSEMENT OF COSTS FOR** |
| | ) **THE PERIOD JANUARY 3, 2024** |
| | ) **THROUGH MAY 31, 2024** |
| | ) |
| | ) |
| | ) Date: June 25, 2024 |
| | ) Time: 1:00 p.m. |
| | ) Place: Courtroom 1545 |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |
| | ) |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE AND HIS COUNSEL OF RECORD; THE SUBCHAPTER V TRUSTEE; CREDITORS AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on June 25, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1545, 255 E. Temple Street, Los Angeles, CA

1

1  90012, RHM LAW LLP ("Applicant" or the "Firm"), general bankruptcy counsel for

2  Orlando F. Cabanday, Jr., the "Debtor" and "Debtor-in-Possession", will and does hereby,

3  move the Court for an order approving this *First Interim Application for Allowance of Fees*

4  *and Reimbursement of Costs* filed by RHM LAW LLP, general bankruptcy counsel for the

5  Debtor (hereinafter the "Fee Application").

6        The Fee Application is made pursuant to 11 U.S.C. §331, as follows:

| **Professional** | **Period** | **Fees** | **Costs** |
|---|---|---|---|
| **RHM LAW LLP** | 1/3/2024- 5/31/2024 | **$56,626 (less prepetition retainer remaining on the petition date of $23,977.50**) | **$2,123.34** |

12        The Fee Application is based upon this Notice of Application, the separately filed

13  Application and supporting declarations, all pleadings and records on file in this case, and

14  upon such other evidentiary matters as may be presented to the Court regarding the Fee

15  Application.  <u>If you desire a copy of the Fee Application, please advise counsel and copy

16  will be provided to you by mail or electronic mail</u>.

17        PLEASE TAKE FURTHER NOTICE that pursuant to *Local Bankruptcy Rule*

18  *9013-1*, any party opposing the relief sought by the Fee Application must file a written

19  opposition setting forth the facts and law upon which the opposition is based and must

20  appear at the hearing on the Fee Application.  Any factual allegations set forth in such

21  written response must be supported by competent and admissible evidence.  Any response

22  or opposition to the Fee Application must be filed with the Court and served on the

23  Applicant at least 14-days prior to the scheduled hearing date on the Fee Application (not

24  excluding Saturdays, Sundays or legal holidays).

25  ///

26  ///

27  ///

28

1 | Pursuant to *Local Bankruptcy Rule 9013-1*, any response not timely filed and served may be deemed by the Court to be consent to the granting of the relief requested by the Fee Application.

Dated:  June 4, 2024                          **RHM LAW LLP**

                                              **By:**   **/s/ Roksana D. Moradi-Brovia**
                                                        **Roksana D. Moradi-Brovia**
                                                        **W. Sloan Youkstetter**
                                                        *Attorneys for Debtor*
                                                        Orlando F. Cabanday, Jr.

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17609 Ventura Blvd., Suite 314
Encino, CA 91316

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION BY RHM LAW LLP, GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR, FOR ALLOWANCEOF FEES AND REIMBURSEMENT OF COSTS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/04/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/04/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/04/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor via email

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/04/2024 | Max Bonilla | /s/Max Bonilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]</u>**:

- <u>Counsel for Citibank</u>: **Chad L Butler**    caecf@tblaw.com
- <u>Interested Party</u>: **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- <u>Counsel for U.S. Trustee:</u> **Dare Law**    dare.law@usdoj.gov
- <u>Counsel for Debtor:</u> **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- <u>Counsel for Debtor:</u> **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- <u>Subchapter V Trustee:</u> **Mark M Sharf (TR)** mark@sharflaw.com
- <u>Counsel for H. Grobstein:</u> **Roye Zur**    rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2. <u>SERVED BY UNITED STATES MAIL [CONTINUED]</u>**:

*Secured Creditors (other than those served via NEF)*

Central Loan Admin & Reporting
Attn: Bankruptcy
194 Wood Ave South. Ninth Floor
Iselin, NJ 08830

Cenlar FSB
Attn BK Dept

425 Phillips Blvd
Ewing, NJ 08618

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

All Other Creditors/Parties-in-Interest/Notice Only Parties

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

California Department of Tax & Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285

Salt Lake City, UT 84130

Capital One, N.A.
c/o American InfoSource as Agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

JPMC c/o National Bankruptcy Services, LLC
Bonial & Associates
P.O. Box 9013
Addison, TX 75001

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Torrance Office Center
21221 S. Western Avenue
Torrance, CA 90501