| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Roksana D. Moradi-Brovia (Bar No. 266572)<br>W. Sloan Youkstetter (Bar No. 296681)<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>roksana@RHMFirm.com<br>sloan@RHMFirm.com<br><br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>**JUN 27 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>Orlando F. Cabanday, Jr.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-10037-NB<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)**<br><br>DATE: June 25, 2024<br>TIME: 1:00 p.m.<br>COURTROOM: 1545<br>PLACE: 255 E. Temple Street<br>         Los Angeles, CA 90012 |
|---|---|

1.  Name of Applicant (*specify*): RHM LAW LLP [Docket No. 71]

2.  This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows:
    a.  ☐ Applicant present in court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☐ Attorney for United States trustee present in court
    d.  ☐ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): June 4, 2024 [Docket No. 72]

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                           **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $56,626.00
      (2) ☐ Amount or percentage authorized for payment at this time:

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $2,123.34

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*


   f. ☒ The court further orders *(specify):* The Debtor is authorized to make payment to Applicant as follows: $56,626 (fees) plus $2,123.34 (costs) less $23,977.50 (prepetition retainer remaining on the petition date), for a total of $34,771.84.

### 

Date: June 27, 2024

_____
Neil W. Bason
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**